# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Initial Appearance on Pretrial Revocation Petition

USA vs **Jonathan Matthew Ratliff**   Date: January 28, 2020

Case No. **2:19-CR-96 (24)**   Time 1:58 to 2:07

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Jonathan Matthew Ratliff | Donald E. Spurrell |

**PROCEEDINGS:**

☑ Defendant sworn

☑ Defendant advised of charges, penalties and rights

☑ Motion of government for revocation of bond

☑ Revocation hearing waived

☐ Bond revocation hearing scheduled for

☑ Defendant remanded to custody of US Marshal pending bond revocation hearing

☐ Defendant released on same bond

☑ Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-19-CR-96_20200129_135127